UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 21-267 WMW

| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| --- | --- | --- |
| Plaintiff, | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1347 |
| v. | ) | |
| MATTHEW DAVID MCCOLLISTER, | ) | |
| Defendant. | ) | |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Conspiracy to Commit Health Care Fraud)

From in or about 2016 and continuing thereafter through in or about 2017, in the State and District of Minnesota and elsewhere, the defendant,

**MATTHEW DAVID MCCOLLISTER,**

did willfully and knowingly conspire, combine, and agree with other persons known and unknown to the Acting United States Attorney, to violate Title 18, United States Code, Section 1347, that is, to execute and attempt to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, automobile insurance policies provided pursuant to the Minnesota No-Fault Automobile Insurance Act, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and concealment of material facts, any money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services.

SCANNED
DEC 0 8 2021
U.S. DISTRICT COURT MPLS

<u>U.S. v. Matthew D. McCollister</u>

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7) any property, real or personal, that constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1349.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: December 8, 2021

CHARLES J. KOVATS, JR.
Acting United States Attorney

*s/David J. Maclaughlin*

BY: DAVID J. MACLAUGHLIN
Assistant U.S. Attorney
Attorney ID No. 0211849